THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Robert Heyward Hoyt,
 Jr., Appellant.
 
 
 

Appeal From Pickens County
 Larry R. Patterson, Circuit Court Judge
Unpublished Opinion No. 2010-UP-247
Submitted April 1, 2010  Filed April 21,
 2010
AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Senior Assistant Attorney General Norman Mark Rapoport, all of Columbia; and
 Solicitor Robert Mills Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: Robert Heyward Hoyt, Jr., appeals his conviction for
 boating under the influence, arguing the trial court erred in denying his
 motion for a directed verdict.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: State v. Weston,
 367 S.C. 279, 292, 625 S.E.2d 641, 648 (2006) (stating when ruling on a motion
 for a directed verdict, the trial court is concerned with the existence or
 nonexistence of evidence, not its weight); Id. (explaining a defendant
 is entitled to a directed verdict when the State fails to produce evidence of
 the offense charged); Id. at 292-93, 625 S.E.2d at 648 (noting when
 reviewing the denial of a directed verdict motion, an appellate court views the
 evidence and all reasonable inferences in the light most favorable to the State,
 and if there is any direct evidence or any substantial circumstantial evidence
 reasonably tending to prove the guilt of the accused, the appellate court must
 find the case was properly submitted to the jury).  
AFFIRMED.
PIEPER
 and GEATHERS, JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.